UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Collette Bakke v. Bayer Healthcare Pharmaceuticals Inc.*     No. 3:14-cv-10212-DRH-PMF

*Kathryn Parker, et al. v. Bayer Healthcare Pharmaceuticals Inc.*     No. 3:12-cv-11486-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on August 26, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
            **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.08.29
12:22:11 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT